STATE v. INGRAM

No. 5 PC.

Case below: 19 N.C. App. 92.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 October 1973.

STATE v. JOHNSON

No. 43 PC.

Case below: 16 N.C. App. 440.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 October 1973.

STATE v. LITTLEJOHN

No. 65

Case below: 19 N.C. App. 73.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 October 1973. Motion of Attorney General to dismiss appeal allowed 2 October 1973.

STATE v. SMITH

No. 23 PC.

Case below: 19 N.C. App. 158.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 October 1973.

STATE v. STEPPE

No. 61.

Case below: 19 N.C. App. 63.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 October 1973. Appeal dismissed ex mero motu for lack of substantial constitutional question 2 October 1973.